■ VINCENT LIOTTA et al., Appellants, v SUSAN H. FINER, Respondent. [650 NYS2d 968] —Appeal by the plaintiffs from so much of an order of the Supreme Court, Nassau County (Molloy, J.), dated November 16, 1995, as denied their motion for summary judgment on the issue of liability.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Molloy at the Supreme Court. Miller, J. P., Ritter, Sullivan, Friedmann and Krausman, JJ., concur.